**Electronically Filed
Supreme Court
SCWC-19-0000704
27-NOV-2024
07:56 AM
Dkt. 82 ODSAC**

SCWC-19-0000704

IN THE SUPREME OF THE STATE OF HAWAIʻI

_____

In the Matter of the Application of
PIONEER MILL COMPANY, LIMITED,
to register title and confirm its title to land situate at
Lāhainā, Island and County of Maui, State of Hawaiʻi,
and
KAHOMA LAND LLC,
Substituted Applicant as to Lots 1, 2 and 3A

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000704; LD. CT. APP. NO. 439 amended;
LD. CT. CASE NO. 09-0300)

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
with Circuit Judge Kawashima, in place of Ginoza, J., recused)


Petitioner Kanaloa Kanaina Kakino Koko's application for writ of certiorari, filed on November 21, 2024, is hereby dismissed as untimely.

DATED:  Honolulu, Hawaiʻi, November 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ James S. Kawashima

